

# Fourth Court of Appeals
## San Antonio, Texas

August 30, 2022

No. 04-20-00482-CV

**CRVI RIVERWALK HOSPITALITY, LLC**,
Appellant

v.

**425 SOLEDAD, LTD. AND 425 LONELINESS, LTD**.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-20826
Honorable Mary Lou Alvarez, Judge Presiding

## O R D E R

On August 23, 2022, appellees filed a motion for a thirty-day extension of time to file the motion for rehearing, originally due August 25, 2022. The extension is **granted**. Appellees are **ordered** to file a motion for rehearing no later than **September 26, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of August, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court